**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OCEAN GROVE FAMILY CHIROPRACTIC, LLC, individually and on behalf of all others similarly situated,<br><br>    Plaintiff<br><br>    -against-<br><br>BERMAN PARTNERS, LLC<br><br>    Defendant(s) | Civil Case No. 3:15-cv-07359-PGS-LHG<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between all parties, through their respective counsel, that the above-captioned matter is voluntarily dismissed with prejudice.


Dated:  August 7, 2017


| | |
|---|---|
| s/Ari H. Marcus | s/Jeffrey Wasserman |
| Ari H. Marcus, Esq. | Jeffrey Wasserman, Esq. |
| Marcus & Zelman, LLC | Wasserman Legal, LLC |
| 1500 Allaire Avenue, Suite 101 | 30b Vreeland Road, Suite 120 |
| Ocean, NJ 07712 | Florham Park, NJ 07932 |
| Attorneys for Plaintiff | Attorneys for Defendant |

1